# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 98-60146
Summary Calendar

HENRY BOYD, JR.,

Plaintiff-Appellant,

versus

LOCKE D. BARKLEY, Chapter 13 Trustee,

Defendant-Appellee.

Appeal from the United States District Court
For the Northern District of Mississippi
(3:97-CV-11-S-A)

December 16, 1998

Before POLITZ, Chief Judge, HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM:[*]

Henry Boyd, Jr., appeals an adverse summary judgment in his action against Locke D. Barkley in her capacity as bankruptcy trustee under 11 U.S.C. §§ 704 and 1327. He also appeals the denial of his motion for summary judgment. He further moves for a determination of jurisdiction.

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

The motion challenging the jurisdiction of the district court and this court is DENIED.

Boyd is cautioned that the filing or pursuit of any further frivolous appeals by him or on his behalf will invite the imposition of the full panoply of sanctions, including an order denying him access to the court without the prior written consent of an active judge of this court.

As to this appeal, on the facts as found and reasons assigned by the district court in its Opinion in this matter signed February 9, 1998 and filed on February 10, 1998, the judgment appealed is AFFIRMED.